ROD M. FLIEGEL, Bar No. 168289
GARRICK Y. CHAN, Bar No. 315739
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  415.433.1940
Fax No.:     415.399.8490

Attorneys for Defendants
GEODIS LOGISTICS, LLC and
GEODIS USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJEE SLADE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEODIS LOGISTICS, LLC, a Tennessee corporation; GEODIS USA, LLC, a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-5364<br><br>(Santa Clara County Superior Court Case No. 21CV382877)<br><br>**NOTICE TO FEDERAL COURT OF DEFENDANTS' REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446**<br><br>**[28 U.S.C. §§ 1331, 1441, and 1446]**<br><br>Complaint Filed: June 10, 2021 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.  Case No. 5:21-cv-5364

NOTICE TO FEDERAL COURT OF DEFENDANTS' REMOVAL OF CIVIL ACTION

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants GEODIS LOGISTICS, LLC and GEODIS USA, LLC ("Defendants") file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

## I. INTRODUCTION

Plaintiff Najee Slade ("Plaintiff" or "Slade") filed a Complaint in the Superior Court of the State of California in and for the County of Santa Clara entitled "Najee Slade v. Geodis Logistics, LLC, a Tennessee corporation; Geodis USA, LLC, a Pennsylvania corporation; and DOES 1 through 50, inclusive" Case No. 21CV382877, on June 10, 2021 (the "Complaint").

Plaintiff brings the following claim against Defendants: violation of 15 U.S.C. §§ 1681b(b)(2)(A) (Fair Credit Reporting Act).

This Notice is based upon the original jurisdiction of the United States District Court over the parties under 28 U.S.C. § 1331 based upon a federal question over Plaintiff's claims.

## II. FEDERAL QUESTION JURISDICTION

This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 ("Section 331"). Section 1331 confers original jurisdiction on the federal district courts "of all civil actions arising under the Constitution, laws, or treatises of the United States." Plaintiff's claim for relief, set forth as paragraphs 26 through 45 of Plaintiff's Complaint, invokes federal law, specifically, the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. As such, this Court has original federal question jurisdiction over this matter, and it is removable under 28 U.S.C. § 1441.

## III. PROCEDURAL HISTORY

Plaintiff filed his Complaint on June 10, 2021 and served the Complaint on Defendants' agent for service of process on June 14, 2021. Accordingly, Defendants received service of the Complaint, the Summons, the Civil Lawsuit Notice, and the Civil Case Cover Sheet, true and correct copies of which are attached as **Exhibit A** to the Declaration of Rod M. Fliegel in Support of Defendants' Removal ("Fliegel Decl.").

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.   Case No. 5:21-cv-5364

NOTICE TO FEDERAL COURT OF DEFENDANTS' REMOVAL OF CIVIL ACTION

1   On June 14, 2021, the Santa Clara County Superior Court issued an Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline.  A true and correct copy of the Santa Clara County Superior Court's Order is attached to the Fliegel Decl. as **Exhibit B.**

On June 15, 2021, Plaintiff filed Proofs of Service with the Santa Clara County Superior Court.  True and correct copies of the Plaintiff's Proofs of Service are attached to the Fliegel Decl. as **Exhibit C**.

On June 17, 2021, Plaintiff filed a Notice of Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline.  A true and correct copy of this Notice of Order attached to the Fliegel Decl. as **Exhibit D**.

The court also set a Case Management Conference for September 29, 2021.  A true and correct copy of the court's online docket reflecting this order is attached to the Fliegel Decl. as **Exhibit E**.

To the best of Defendants' knowledge, all documents filed or served by Plaintiff in his state court action are attached to the Fliegel Decl. as **Exhibits A through E**.  To Defendants' knowledge, no other documents have been filed by Plaintiff, nor have any other documents been filed in the state court action by Defendants.  The attachments to the Fliegel Decl. thereby satisfy the requirements of 28 U.S.C. § 1446(a).

Geodis Logistics, LLC and Geodis USA, LLC are the only named Defendants, so no other party need consent to the removal.  Because the remaining named Doe Defendants have not yet been named or served, they need not join or consent to Defendants' Notice of Removal.  <u>Community Bldg. Co. v. Maryland Casualty Co.</u>, 8 F.2d 678, 678-79 (9th Cir. 1925) (named defendants not yet served in state court action need not join in the notice of removal); <u>Salveson v. Western States Bankcard Ass'n</u>, 731 F.2d 1426, 1429 (9th Cir. 1984), superseded on other grounds by statute as stated in <u>Etheridge v. Harbor House Restaurants</u>, 861 F.2d 1389 (9th Cir. 1988) (same).  Defendants are informed and believe that none of the Doe Defendants in this case have been identified or served.  Doe Defendants designated 1 to 50 are fictitious, are not parties to this action, have not been served, and are to be disregarded for the purpose of this removal.  28 U.S.C. § 1441(a).  See <u>Fristoe v. Reynolds Metals Co.</u>, 615 F.2d 1209, 1213 (9th Cir. 1980).

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

3.   Case No. 5:21-cv-5364
NOTICE TO FEDERAL COURT OF DEFENDANTS' REMOVAL OF CIVIL ACTION

Copies of this Notice of Removal, as well as the Notice of filing of Notice of Removal, have been electronically delivered and/or mailed to Plaintiff's counsel as required by 28 U.S.C. § 1446(d) and are being filed with the clerk of the Santa Clara County Superior Court.

## IV. THE NOTICE OF REMOVAL IS TIMELY AND PROCEDURALLY CORRECT

Defendants timely filed this Notice of Removal within the thirty (30) day period following service of the Complaint, as required by 28 U.S.C. § 1446(b). Plaintiff served the Complaint and Summons on Defendants on June 14, 2021.

Venue is proper in this District under 28 U.S.C. § 1441(a) because this District and Division encompass the place in which the removed action was pending. See 28 U.S.C. §§ 84(a), 1441(a), 1446(a).

Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State court in which the action has been pending.

WHEREFORE, Defendants request this Court to remove the instant case from the Superior Court of the State of California in and for County of Santa Clara to the United States District Court for the Northern District of California.

Dated: July 13, 2021

LITTLER MENDELSON, P.C.

*/s/ Rod M. Fliegel*
ROD M. FLIEGEL
GARRICK Y. CHAN

Attorneys for Defendants
GEODIS LOGISTICS, LLC and
GEODIS USA, LLC

4845-2027-2369.2 / 107449-1004

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

4.                                    Case No. 5:21-cv-5364
NOTICE TO FEDERAL COURT OF DEFENDANTS' REMOVAL OF CIVIL ACTION